## RECONSIDERATION DOCKET

**96–1213. State v. McGuire.**
Preble App. No. CA95–01–001. Reported at 80 Ohio St.3d 390, 686 N.E.2d 1112. On motion for reconsideration. Motion denied.

**97–1887. State v. Tenace.**
Lucas App. No. L–95–010. Reported at 80 Ohio St.3d 1465, 687 N.E.2d 295. On motion for reconsideration. Motion denied.
  LUNDBERG STRATTON, J., dissents.

**97–1916. Simon v. Ohio Bur. of Emp. Serv.**
Hamilton App. No. C–960984. Reported at 80 Ohio St.3d 1465, 687 N.E.2d 295. On motion for reconsideration. Motion denied.

**97–1949. State v. Wallen.**
Clermont App. No. CA97–02–017. Reported at 80 Ohio St.3d 1466, 687 N.E.2d 296. On motion for reconsideration. Motion denied.

**97–1972. State v. Agee.**
Montgomery App. No. 16660. Reported at 80 Ohio St.3d 1476, 687 N.E.2d 472. On motion for reconsideration. Motion denied.
  MOYER, C.J., dissents.

**97–1973. Rust v. Sidle.**
Lucas App. No. L–97–1167. Reported at 80 Ohio St.3d 1480, 687 N.E.2d 475. On motion for reconsideration. Motion denied.
  RESNICK, J., not participating.

**97–2030. State ex rel. Rosile v. Skelley.**
In Quo Warranto. Reported at 80 Ohio St.3d 1463, 687 N.E.2d 294. On motion for reconsideration. Motion denied.

**97–2031. Dornbirer v. Estate of Dornbirer.**
Franklin App. No. 96APE11–1560. Reported at 80 Ohio St.3d 1476, 687 N.E.2d 472. On motion for reconsideration. Motion denied.

**97–2072. State v. Buhrman.**
Greene App. No. 96CA145. Reported at 80 Ohio St.3d 1477, 687 N.E.2d 473. On motion for reconsideration. Motion denied.

**97–2095. State ex rel. Forsyth v. Brigner.**
In Mandamus. On motion for reconsideration. Reported at 80 Ohio St.3d 1463, 687 N.E.2d 294. Motion denied.

**97–2208. Rust v. Sidle.**
Lucas App. No. L–97–1167. Reported at 80 Ohio St.3d 1478, 687 N.E.2d 473. On motion for reconsideration. Motion denied.
  RESNICK, J., not participating.

**97–2236. State ex rel. Wray v. Erie Cty. Common Pleas Court.**
In Prohibition. Reported at 80 Ohio St.3d 1475, 687 N.E.2d 472. On motion for reconsideration. Motion denied.
  LUNDBERG STRATTON, J., dissents.

## DISCIPLINARY DOCKET

**97–1904. Columbus Bar Assn. v. Dye.**
Upon consideration of respondent's motion for continuance of oral argument currently scheduled for March 4, 1998,
  IT IS ORDERED by the court that the motion for continuance of oral argument be, and hereby is, granted.